IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Stanley Mack, | ) Civil Action No.: 6:13-3063-BHH |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| Carolyn W. Colvin, Acting Commission of Social Security | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security moves pursuant to sentence four of 42 U.S.C. § 405(g) for an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Plaintiff does not oppose Defendant's motion. Upon consideration, Defendant's motion is GRANTED.  The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g)[1],  and REMANDS the case to the Commissioner for further administrative proceedings.

On remand, the ALJ should specifically: (1) hold a supplemental hearing; (2) reevaluate Plaintiff's maximum residual functional capacity, expressing it in clear and vocationally relevant terms on a function-by-function basis in accordance with Social Security Rulings 85-15, 85-16 and 96-8p; (3) obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitation on Plaintiff's occupational base; and (4) issue a new decision.

**AND IT IS SO ORDERED.**

/s/ Bruce Howe Hendricks
United States District Judge

July 17, 2014
Greenville, South Carolina

---

[1]The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.